UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 12-cr-10072 |
| ) | |
| v.                        ) | VIOLATIONS: |
| ) | |
| JOSE SANCHEZ,             ) | 18 U.S.C. § 922(g)(1) - |
| ) | Felon in Possession of |
| Defendant.                ) | a Firearm and Ammunition |

COUNT ONE:   (18 U.S.C. § 922(g)(1) -- Felon in Possession of
             a Firearm and Ammunition)

The Grand Jury charges that:

On or about February 23, 2012, in Peabody, in the District of Massachusetts,

**JOSE SANCHEZ**,

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Springfield Armory 9mm semi-automatic pistol, bearing serial number US889926, and sixteen rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**:   18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)
                              Firearms Forfeiture Allegation

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant,

**JOSE SANCHEZ**,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Springfield Armory 9mm semi-automatic pistol, bearing serial number US889926, and sixteen rounds of 9mm ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Michael J. Crowley
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS;    March 14, 2012

Returned into the District Court by the Grand Jurors and filed.

_____  11:30 to 3/14/12
Deputy Clerk